UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENNETH PIPKINS a/k/a ROY LEE PIPKINS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| VS. | ) | 3:06-CV-1277-G |
| | ) | |
| CHIEF OF POLICE DAVID KUNKLE, Dallas Police Department, ET AL., | ) | **ECF** |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

The United States Magistrate Judge made findings, conclusions and recommendation in this case (docket entry 11).  Plaintiff filed objections (docket entry 17), and the district court has made a *de novo* review of those portions of the findings, conclusions and recommendation to which objections were made.  The objections are **OVERRULED**, and the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.  Therefore, plaintiff's complaint is **DISMISSED** with prejudice as frivolous.

**SO ORDERED**.

March 7, 2007.

_____
A. JOE FISH
CHIEF JUDGE